UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CR-106-D(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH EARL PIPER, | ) | |
| a/k/a "Smoke Piper" | ) | INDICTMENT |
| | ) | |
| ERIC CRUZ PINEDA, | ) | |
| | ) | |
| ALLEN MARTIN SMITH | ) | |
| a/k/a "Slim" | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about December 11, 2020, in the Eastern District of North Carolina, the defendants, KENNETH EARL PIPER, also known as "Smoke Piper," and ERIC CRUZ PINEDA, aiding and abetting one another, did unlawfully and willfully seize, confine, inveigle, kidnap, abduct, carry away and hold others, and, in committing and in furtherance of the commission of the offense used Facebook Messenger and cellular phones, both being means, facilities, and instrumentalities of interstate or foreign commerce, in violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

## COUNT TWO

On or about December 11, 2020, in the Eastern District of North Carolina, the defendants, KENNETH EARL PIPER, also known as "Smoke Piper," and ERIC CRUZ PINEDA, aiding and abetting one another, did take a motor vehicle that had been transported, shipped, and received in interstate commerce, that is, a 2011 Honda Accord, in the presence of another, by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT THREE

On or about December 11, 2020, in the Eastern District of North Carolina, the defendants, KENNETH EARL PIPER, also known as "Smoke Piper," and ERIC CRUZ PINEDA, aiding and abetting one another, did knowingly use and carry firearms during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as alleged in Count Two of the Indictment, and did possess said firearms in furtherance of said crime of violence, and said firearms were brandished, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

2

COUNT FOUR

On or about December 11, 2020, in the Eastern District of North Carolina, the defendants, KENNETH EARL PIPER, also known as "Smoke Piper," and ERIC CRUZ PINEDA, aiding and abetting each other, each knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed firearms, and the firearms were in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924 and 2.

COUNT FIVE

On or about February 14, 2021, in the Eastern District of North Carolina, the defendant, KENNETH EARL PIPER, also known as "Smoke Piper," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed ammunition, and the ammunition was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

COUNT SIX

On or about February 22, 2021, in the Eastern District of North Carolina, the defendants, KENNETH EARL PIPER, also known as "Smoke Piper," and ALLEN MARTIN SMITH, also known as "Slim," aiding and abetting each other, each knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924 and 2.

3

FORFEITURE NOTICE

The defendants are hereby given notice that all of the defendants' interest in all property specified herein is subject to forfeiture.

Upon conviction of any of the offenses set forth in Count One, the defendants charged in said counts shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as made applicable by 28 United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the said offense.

Upon conviction of any of the offenses set forth in Count Two, the defendants charged in said count shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(5), any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation.

Upon conviction of one or more of the offenses set forth in Counts Three, Four, Five and Six of this Indictment, the defendants charged in said counts shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), as made applicable by Title 28, United States Code, Section 2461(c), any and all firearms or ammunition involved in or used in a knowing commission of the said offense(s).

Upon conviction of any offense set forth herein that involved or was perpetrated in whole or in part by the use of firearms, or that involved the use of threats, force or violence, the defendant convicted of any such offense shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), as made

4

applicable by Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 3665, any and all firearms and ammunition that were involved in or used in any willful violation of federal law, or that were intended to be used in the commission of any crime of violence as defined in 18 U.S.C. § 924(c)(3), or that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

- Mossberg 500AB, 12-gauge shotgun, bearing serial number 6332021;

- Maverick Arms 88, 12-gauge shotgun, bearing serial number MV0340235;

- Hi-Point, .9mm pistol, bearing serial number P1697108; and

- All associated magazines and ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant --

(1)    cannot be located upon the exercise of due diligence;

(2)     has been transferred or sold to, or deposited with, a third party;

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or

(5)    has been commingled with other property which cannot be divided without difficulty;

(Remainder of page left intentionally blank.)

5

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

FOREPERSON

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

3 - 2 - 2021

DATE

G. NORMAN ACKER, III.
Acting United States Attorney

BY: Aakash Singh
Assistant United States Attorney

6